IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COVENTRY HEALTH CARE OF NEBRASKA, INC., a Nebraska Domestic Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF ADMINISTRATIVE SERVICES; NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES; DOUG PETERSON, in his official capacity as Attorney General of the State of Nebraska; BYRON DIAMOND, in his official capacity as Director, Nebraska Department of Administrative Services; COURTNEY PHILLIPS, CEO of the Nebraska Department of Health and Human Services; CALDER LYNCH, in his official capacity as Director of the Nebraska Department of Health and Human Services Division of Medicaid and Long Term Care; and BO BOTELHO, in his official capacity as Acting Material Division Administrator;<br><br>Defendants,<br><br>and<br><br>NEBRASKA TOTAL CARE, INC.; WELLCARE OF NEBRASKA, INC.; and UNITEDHEALTHCARE OF THE MIDLANDS, INC.;<br><br>Intervenors. | 4:16CV03094<br><br>ORDER |

This matter is before the Court on Defendants and Intervenors' Joint Motion to Continue Hearing on Preliminary Injunction and to Establish Briefing Schedule on all Pending Matters (Filing No. 34). On June 30, 2016, before this case was reassigned to the Court, the hearing was set for July 28, 2016 at 1:30 p.m. (Filing No. 26). Defendants and Intervenors seek to continue the hearing on Plaintiff's Motion for Preliminary Injunction (Filing No. 21) and modify the briefing schedule. Plaintiff opposes the motion

(Filing No. 38), averring, among other things, Defendants and Intervenors have had ample time to prepare for the hearing and any delay will cause Plaintiff to lose key employees.

For good cause shown,

IT IS ORDERED:

1. The Motion to Continue (Filing No. 34) is granted;
2. the motion hearing is continued until August 11, 2016 at 9:00 a.m.;
3. Defendants have until July 25, 2016 to answer or otherwise respond to the Complaint (Filing No. 1-1); and
4. Defendants have until July 25, 2016 to respond to the Motion for Preliminary Injunction.

Dated this 18th day of July, 2016.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge