IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COVENTRY HEALTH CARE OF NEBRASKA, INC., D/B/A AETNA BETTER HEALTH OF NEBRASKA, a Nebraska Domestic Corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>The NEBRASKA DEPARTMENT OF ADMINISTRATIVE SERVICES; the NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES; DOUG PETERSON, in his official capacity as ATTORNEY GENERAL OF THE STATE OF NEBRASKA; BYRON DIAMOND, in his official capacity as DIRECTOR, DEPARTMENT OF ADMINISTRATIVE SERVICES; COURTNEY PHILLIPS, CEO OF THE DEPARTMENT OF HEALTH & HUMAN SERVICES; CALDER LYNCH, in his official capacity as DIRECTOR OF THE DEPARTMENT OF HEALTH & HUMAN SERVICES DIVISION OF MEDICAID AND LONG-TERM CARE; BO BOTELHO, in his official capacity as ACTING MATERIAL DIVISION ADMINISTRATOR,<br><br>   Defendants.<br><br>and<br><br>WELLCARE OF NEBRASKA, INC.; NEBRASKA TOTAL CARE, INC.; and UNITEDHEALTHCARE OF THE MIDLANDS, INC.;<br><br>   Intervenors. | Case No.: 4:16-cv-03094<br><br><br><br><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)** |

1

Plaintiff Coventry Health Care of Nebraska, Inc., d/b/a Aetna Better Health of Nebraska ("Plaintiff"), pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, submits this Notice of Voluntary Dismissal Without Prejudice as to all claims asserted in Plaintiff's Complaint, which was removed to this Court by Defendants (Doc. 1).  Because none of Defendants or Intervenors has filed an answer or a motion for summary judgment, voluntary dismissal without prejudice is proper under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.  *See Miller v. Wayne*, No. CIV. 14-4997 JRT/JSM, 2015 WL 2353021 at *1 (D. Minn. May 15, 2015) (motions to dismiss are not answers or motions for summary judgment precluding voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)).

WHEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff hereby provides notice of its voluntary dismissal and respectfully requests the Court dismiss this action without prejudice.

Respectfully submitted this 26th day of August, 2016.

    COVENTRY HEALTH CARE OF
    NEBRASKA, INC., D/B/A AETNA
    BETTER HEALTH OF NEBRASKA,
    Plaintiff


By: *s/ Robert M. Slovek*
    Robert M. Slovek #17798
    Thomas J. Kenny #20022
    Suzanne M. Shehan #20531
    Edward M. Fox II #24601
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE  68102-2186
    (402) 346-6000
    robert.slovek@kutakrock.com
    thomas.kenny@kutakrock.com
    suzanne.shehan@kutakrock.com
    edward.fox@kutakrock.com
    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which caused notice of such filing to be served upon all counsel of record.

                                        By */s/ Robert M. Slovek*
                                            Robert M. Slovek