IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERIHEALTH NEBRASKA, INC. d/b/a ARBOR HEALTH PLAN, a Nebraska corporation, | Case No. 4:16-CV-3100-RFR-TDT |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| NEBRASKA DEPARTMENT OF ADMINISTRATIVE SERVICES, a political subdivision of the State of Nebraska; NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, a political subdivision of the State of Nebraska; BYRON L. DIAMOND, Director of the Nebraska Department of Administrative Services; FRANCIS BOTELHO, Administrator of the Nebraska Department of Administrative Services Materiel Division; COURTNEY N. PHILLIPS, Chief Executive Officer of the Nebraska Department of Health and Human Services; CALDER A. LYNCH, Director of the Nebraska Department of Health and Human Services Division of Medicaid and Long-Term Care; | |
| Defendants, | |
| and | |
| NEBRASKA TOTAL CARE, INC., a Nebraska corporation, UNITED HEALTHCARE OF THE MIDLANDS, INC., a Nebraska corporation, and WELLCARE OF NEBRASKA, INC., a Nebraska corporation, | |
| Intervenors. | |

Plaintiff, AmeriHealth Nebraska, Inc. d/b/a Arbor Health Plan ("Arbor Health"), hereby gives notice of dismissal without prejudice of the above captioned matter pursuant to Fed. R. Civ. P 41(a)(1)(A)(i).

Arbor Health is entitled to dismiss the above-captioned matter without order of the Court because no answer or motion for summary judgment has been served by any Defendant or Intervenor in this matter.

Dated this 26th day of August, 2016.

        AMERIHEALTH NEBRASKA, INC. d/b/a ARBOR HEALTH PLAN, a Nebraska corporation, Plaintiff

By: /s/ *Andrew M. Collins*
Thomas J. Culhane - # 10859
Andrew M. Collins - # 24018
ERICKSON | SEDERSTROM, P.C.
Regency Westpointe, Suite 100
10330 Regency Parkway Drive
Omaha, NE  68114-3761
Telephone:  (402) 397-2200
Facsimile:   (402) 390-7137
culhane@eslaw.com
collins@eslaw.com

# CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which caused notice of such filing to be served upon all counsel of record.

                                                      /s/ *Andrew M. Collins*