IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COVENTRY HEALTH CARE OF NEBRASKA, INC., a Nebraska domestic corporation; | 4:16CV3094 |
| Plaintiff, | ORDER |
| vs. | |
| NEBRASKA DEPARTMENT OF ADMINISTRATIVE SERVICES; NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES; DOUG PETERSON, in his official capacity as Attorney General of the State of Nebraska; BYRON DIAMOND, in his official capacity as Director, Nebraska Department of Administrative Services; COURTNEY PHILLIPS, CEO of the Nebraska Department of Health and Human Services; CALDER LYNCH, in his official capacity as Director of the Nebraska Department of Health and Human Services Division of Medicaid and Long Term Care; and BO BOTELHO, in his official capacity as Acting Material Division Administrator; | |
| Defendants, | |
| and | |
| NEBRASKA TOTAL CARE, INC.; WELLCARE OF NEBRASKA, INC.; and UNITEDHEALTHCARE OF THE MIDLANDS, INC.; | |
| Intervenors. | |
| AMERIHEALTH NEBRASKA, INC., a Nebraska corporation; | 4:16CV3100 |
| Plaintiff, | ORDER |
| vs. | |
| NEBRASKA DEPARTMENT OF ADMINISTRATIVE SERVICES, a political subdivision of the State of Nebraska; NEBRASKA DEPARTMENT | |

| |
|---|
| OF HEALTH & HUMAN SERVICES, a political subdivision of the State of Nebraska; BYRON DIAMOND, Director of the Nebraska Department of Administrative Services; FRANCIS BOTELHO, Administrator of the Nebraska Department of Administrative Services Materiel Division Administrator; COURTNEY N. PHILLIPS, Chief Executive Officer of the Nebraska Department of Health and Human Services; and CALDER A. LYNCH, Director of the Nebraska Department of Health and Human Services Division of Medicaid and Long-Term Care;<br><br>                Defendants,<br><br>  and<br><br>WELLCARE OF NEBRASKA, INC.; NEBRASKA TOTAL CARE, INC.; and UNITEDHEALTHCARE OF THE MIDLANDS, INC.;<br><br>                Intervenors. |

This matter is before the Court on Plaintiff Coventry Health Care of Nebraska, Inc.'s Notice of Voluntary Dismissal Without Prejudice (Filing No. 79 in Case No. 4:16CV3094 and Filing No. 73 in Case No. 4:16CV3100) and Plaintiff AmeriHealth Nebraska, Inc.'s Notice of Dismissal (Filing No. 80 in Case No. 4:16CV3094 and Filing No. 74 in Case No. 4:16CV3100). Also pending before the Court are Motions to Dismiss for Failure to State a Claim filed by the defendants (Filing No. 59 in Case No. 4:16CV3094 and Filing No. 51 in Case No. 4:16CV3100); Intervenor WellCare of Nebraska, Inc. (Filing No. 45 in Case No. 4:16CV3094 and Filing No. 37 in Case No. 4:16CV3100); Intervenor United Healthcare of the Midlands, Inc. (Filing No. 51 in Case No. 4:16CV3094 and Filing No. 42 in Case No. 4:16CV3100); and Intervenor Nebraska Total Care, Inc. (Filing No. 54 in Case No. 4:16CV3094 and Filing No. 45 in Case No. 4:16CV3100).

The plaintiffs each move for dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits a plaintiff to "dismiss an action without a court order . . . before the opposing party serves either an answer or a motion for summary judgment." Because the defendants and intervenors have not "filed an answer or a motion for summary judgment, the voluntary dismissal[s] must be given effect." *Safeguard Bus. Sys., Inc. v. Hoeffel*, 907 F.2d 861, 864 (8th Cir. 1990). As such,

IT IS ORDERED:

1. Coventry Health Care of Nebraska, Inc.'s Notice of Voluntary Dismissal Without Prejudice (Filing No. 79 in Case No. 4:16CV3094 and Filing No. 73 in Case No. 4:16CV3100) is approved.

2. AmeriHealth Nebraska, Inc.'s Notice of Dismissal (Filing No. 80 in Case No. 4:16CV3094 and Filing No. 74 in Case No. 4:16CV3100) is approved.

3. The above-captioned consolidated cases are voluntarily dismissed without prejudice.

4. The Motions to Dismiss for Failure to State a Claim filed by the defendants and intervenors (Filing Nos. 45, 51, 54, and 59 in Case No. 4:16CV3094 and Filing Nos. 37, 42, 45, and 51 in Case No. 4:16CV3100) are denied as moot.

Dated this 6th day of September, 2016.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge